IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

CHRISTOPHER J. EDWARDS,
                Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Criminal No. 7:13 CR- 376 (ATB)
Vio:   18 USC § 7, 13
NYPL § 270.25
NYVTL § 1180A, 1212

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

On or about July 5, 2013, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

**CHRISTOPHER J. EDWARDS**

did unlawfully flee a police officer in a motor vehicle when directed to stop his motor vehicle by a uniformed police officer.

All in violation of Title 18, United States Code, Section 7 and 13 and New York Penal Law § 270.25, Unlawful Fleeing a Police Officer in a Motor Vehicle in the Third Degree.

## COUNT II

On or about July 5, 2013, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

**CHRISTOPHER J. EDWARDS**

did drive a motor vehicle in a manner which unreasonably endangers users of the public highway.

All in violation of Title 18, United States Code, Section 7 and 13 and New York Vehicle and Traffic Law § 1212, Reckless Driving.

## COUNT III

On or about July 5, 2013, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

**CHRISTOPHER J. EDWARDS**

did drive a motor vehicle in excess of the posted maximum speed limit.

All in violation of Title 18, United States Code, Section 7 and 13 and New York Vehicle and Traffic Law § 1180, Maximum Speed Limits.

RICHARD S. HARTUNIAN
United States Attorney

By: /s/ Steven J. Fugelsang
STEVEN J. FUGELSANG
Special Assistant U.S. Attorney
Bar Roll No. 517128